# Notice Recipients

| District/Off: 0208−1 | User: admin | Date Created: 7/10/2023 |
|---|---|---|
| Case: 23−10383−jlg | Form ID: 155new | Total: 17 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Deborah Piazza | dpiazza@tarterkrinsky.com |
| aty | William P. Bonomo | nyattybill@aol.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | | |
|---|---|---|---|---|---|---|
| db | Zoraida Santos | 369 W. 116th Street | Apt. 1E | New York, NY 10026 | | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 | | |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York, NY 10007 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | | | |
| smg | New York City Dept. Of Finance | Office of Legal Affairs | 375 Pearl Street, 30th Floor | New York, NY 10038 | | |
| 8006628 | AMERICAN EXPRESS | PO BOX 981537 | EL PASO, TX 79998 | | | |
| 8006629 | BARCLAYS BANK DELEWARE | PO BOX 8803 | WILMINGTON, DE 19899 | | | |
| 8006630 | BLOOMINGDALES / CITIBANK | PO BOX 6789 | SIOUX FALLS, SD 57117 | | | |
| 8006631 | CAPITAL ONE | PO BOX 31293 | SALT LAKE CITY, UT 84131 | | | |
| 8006632 | MERRICK BANK CORP | PO BOX 9201 | OLD BETHPAGE, NY 11804 | | | |
| 8006633 | MIDLAND CREDIT MANAGEMENT | 320 EAST BIG BEAVER | SUITE 300 | TROY, MI 48083 | | |
| 8006634 | PORTFOLIO RECOVERY ASSOC. | 120 CORPORATE BLVD. | NORFOLK, VA 23502 | | | |
| 8006667 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | | | |
| 8006635 | WELLS FARGO CARD SERVICE | PO BOX 14517 | DES MOINES, IA 50306 | | | |

TOTAL: 14